# JacksonLewis

> Application denied. The IPTC will proceed as scheduled.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 29.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>            April 5, 2022

April 4, 2022

*VIA ECF*

Honorable Philip M. Halpern
District Judge - Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building
300 Quarropas Street
White Plains, New York 10601

**Re:** **Beatty et al. v. Environmental Consultants, LLC, 21-CV-06924 (PMH)**

Dear Judge Halpern:

We represent Defendant Environmental Consultants, LLC ("Defendant") in the above matter. We write jointly with Plaintiffs' counsel to request an adjournment of the parties' Initial Case Management and Scheduling Conference currently scheduled for April 12, 2022 at 9:30 AM.

The Parties have stipulated to conditional certification of Plaintiffs' FLSA collective claims, which the Court approved on March 21, 2022. Defendant produced the collective list to Plaintiffs' counsel on April 1, 2022, after which Plaintiffs have fourteen (14) calendar days to mail the notice and consent forms to the putative collective members. Once mailed, the putative collective members will have 60 calendar days to opt into the collective. We anticipate that the collective will be determined no later than June 14, 2022. The Parties have been in communication with the Court-appointed mediator, Robert Kheel, and currently are in the process of scheduling a mediation for the summer of 2022, after the close of the opt-in period, should the matter not resolve without the assistance of the mediator.

The Parties believe this case would have the best chance of early resolution where neither side is required to expend unnecessary time and expense on discovery in excess of the documents already provided by Defendant to Plaintiffs. As such, the Parties jointly respectfully request that this Court adjourn and reschedule the Initial Case Management and Scheduling Conference for a time following the close of the opt-in period. We are submitting a proposed Order of Adjournment with this request. This is the Parties' first request for an adjournment of this conference.

Thank you for your attention to this matter.

Respectfully yours,

JACKSON LEWIS P.C.

_____/s/ Brian Bodansky_____
Penny Ann Lieberman
Brian A. Bodansky

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

AMANDA BEATTY and MARRIAH JENNINGS, individually and on behalf of others similarly situated,

                    Plaintiffs,

        -against-

ENVIRONMENTAL CONSULTANTS, LLC,

                    Defendant.

---------------------------------------------------------------X

Case No.: 21-CV-06924

## ORDER OF ADJOURNMENT

Defendant Environmental Consultants, LLC ("Defendant") and Plaintiffs Amanda Beatty and Marriah Jennings ("Plaintiffs") by letter dated April 4, 2022, jointly requested adjournment of the April 12, 2022 Initial Case Management and Scheduling Conference. The April 12, 2022 Initial Case Conference is adjourned until _____.

IT IS SO ORDERED.

Dated: _____     Entered:     _____
                                          Honorable Philip M. Halpern
                                          United States District Judge