UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

AMANDA BEATTY and MARRIAH JENNINGS, individually and on behalf of others similarly situated,

           Plaintiffs,

   -vs.-

ENVIRONMENTAL CONSULTANTS, L.L.C.,

           Defendant.

-----------------------------------------------------------------x

Case No. 7:21-cv-06924 PMH

## STIPULATION AND ORDER REGARDING DISMISSAL WITH PREJUDICE AND PAYMENT OF DEFENDANT'S RULE 68 OFFER OF JUDGMENT

IT IS HEREBY STIPULATED and AGREED by and between Plaintiffs, Amanda Beatty and Marriah Jennings ("Plaintiffs"), and Defendant Environmental Consultants, LLC ("Defendant") (together, the "Parties"), through their undersigned counsel, who are authorized to execute this Stipulation, and who further state:

 none of the Parties hereto is an infant or incompetent;

 only the two named Plaintiffs have opted into the collective and the time for individuals to opt into the collective action has expired; and

 Plaintiffs have accepted Defendant's Rule 68 Offer of Judgment, and pursuant to that acceptance, all of Plaintiffs' claims against Defendant are dismissed, in their entirety, with prejudice, and with no award of attorneys' fees costs and/or disbursements to any Party, except as specifically set forth in the Rule 68 Offer of Judgment, a copy of which is attached hereto as Exhibit "A."

 A true and correct copy of Plaintiffs' acceptance of Defendant's Rule 68 Offer of Judgment is attached hereto as Exhibit "B."

 IT IS FURTHER STIPULATED and AGREED that each of the Plaintiffs shall provide to Defendant a fully executed W9 to Defendant, through electronic transmission to Defendant's counsel, within ten (10) calendar days of the date of this Order;

IT IS FURTHER STIPULATED and AGREED that Plaintiffs' counsel shall provide a fully executed W9 to Defendant's counsel within ten (10) calendar days of the date of this Order;

IT IS FURTHER STIPULATED and AGREED that Defendant shall send the below payments to Plaintiffs' counsel within 30 days of receipt of Plaintiffs' W9s and Plaintiffs' counsel's W9, provided the Court has so-ordered this Stipulation:

(1) One check for alleged unpaid wages made payable to **"Amanda Beatty"** in the amount of Seven Thousand Fourteen Dollars and Nineteen Cents ($7,014.19), less applicable payroll/tax withholdings, for which Defendant shall issue an IRS Form W-2 to Plaintiff Beatty;

(2) One check for alleged liquidated and/or other non-wage damages made payable to **"Amanda Beatty"** in the amount of Seven Thousand Fourteen Dollars and Nineteen Cents ($7,014.19), for which Defendant shall issue an IRS Form 1099-MISC to Plaintiff Beatty;

(3) One check for alleged unpaid wages made payable to **"Marriah Jennings"** in the amount of Five Thousand Seven Hundred Sixty-Seven Dollars and Thirty-Eight Cents ($5,767.38), less applicable payroll/tax withholdings, for which Employer shall issue an IRS Form W-2 to Plaintiff Jennings;

(4) One check for alleged liquidated and/or other non-wage damages made payable to **"Marriah Jennings"** in the amount of Five Thousand Seven Hundred Sixty-Seven Dollars and Thirty-Eight Cents ($5,767.38), for which Employer shall issue an IRS Form 1099-MISC to Plaintiff Jennings; and

(5) One check for alleged attorneys' fees and costs made payable to **"Charny & Wheeler P.C."** ("Plaintiffs' Counsel") in the amount of Sixteen Thousand Seven Hundred Ninety-Eight Dollars and Thirty-Three Cents ($16,798.33), for which an IRS Form 1099-MISC shall be issued to each Plaintiff and Plaintiff's Counsel.

| | |
|---|---|
| August 15, 2022 <br> Date | By: _____ <br> Russell G. Wheeler <br> CHARNY & WHEELER P.C. <br> 9 West Market Street <br> Rhinebeck, New York 12572 <br> *Attorneys for Plaintiffs* |
| August 16, 2022 <br> Date | By: _____ <br> Penny Ann Lieberman <br> Brian Bodansky <br> JACKSON LEWIS P.C. <br> 44 South Broadway, 14th Floor <br> White Plains, New York 10601 <br> *Attorneys for Defendant* |

SO ORDERED this **17th** day of August, 2022.

_____
HON. PHILIP M. HALPERN

4889-4621-3422, v. 3